UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joe Hand Promotions, Inc.,

                Plaintiff,              **ORDER FOR ATTORNEY FEES AND COSTS**

v.                                          Civil No. 14-331 ADM/LIB

Renato Molina, individually
and d/b/a Pelican Rapids
Bowling/Route 9 Event
Center, John Does I-V,

                Defendants.

_____

This matter is before the undersigned United States District Court Judge on Plaintiff Joe Hand Promotions, Inc.'s Corrected Motion for Award of Attorney Fees and Costs [Docket No. 22]. On November 25, 2014, Plaintiff obtained a default judgment against Defendant Renato Molina in the amount of $5,500.00 as damages for a violation of 47 U.S.C. § 605(a). <u>See</u> Judgment [Docket No. 19]. On December 9, 2014, Plaintiff served and filed the present Motion seeking an award of attorney's fees in the amount of $1,787.50 and costs in the amount of $520.20, to be added to the Judgment. No response to the Motion has been filed by Defendants.

Based on the Motion and accompanying Corrected Affidavit of Scott A. Wilson [Docket No. 23], the Court finds that the requested fees and costs are reasonable and

recoverable under 47 U.S.C. § 605(e)(3)(B)(iii).  Therefore, **IT IS HEREBY ORDERED** that:

Plaintiff's Corrected Motion [Docket No. 22] is **GRANTED**.  An award of attorney's fees in the amount of $1,787.50 and costs in the amount of $520.20, in favor of Plaintiff, shall be added to the Judgment entered on November 25, 2014, to result in a total  judgment amount of $7,807.70.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:


   s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  December 23, 2014.